THOMAS MAHONEY, Respondent, *v.* JAMES McCLOUD et al., Appellants.

*Mahoney* v. *McCloud,* 27 App. Div. 631, affirmed.
(Submitted June 15, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 7, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Dean & Horton* for appellants.

*S. D. Halliday* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not sitting: LANDON, J.

---

JAMES T. FLEMING. Respondent, *v.* CLARISSA N. HARRISON, Appellant.

*Fleming* v. *Harrison,* 29 App. Div. 627, affirmed.
(Submitted June 15, 1900; decided October 2, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 14, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Wilson & Cobb* for appellant.

*Hancock, Hogan & Devine* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ. Not sitting: LANDON, J.